PD-0258_0262-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2018 10:14 AM
Accepted 3/8/2018 1:57 PM
DEANA WILLIAMSON
CLERK

No. _____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED
COURT OF CRIMINAL APPEALS
3/8/2018
DEANA WILLIAMSON, CLERK

Appellate Cause No.  08-15-00372-CR; 08-15-00373-CR; 08-15-00374-CR;

08-15-00375-CR; 08-15-00376-CR

In the Court of Appeals for the Eighth District of Texas

---

**RONALD EUGENE REYNOLDS,**
**APPELLANT**

v.

**THE STATE OF TEXAS,**
**APPELLEE**

---

IN THE APPEAL OF CAUSE NO. 15-307888; 15-307889; 15-307890;
15-307891; 15-307892

FROM THE COUNTY COURT AT LAW NO. 4
OF MONTGOMERY COUNTY, TEXAS

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

---

**RALPH R. MARTINEZ**
State Bar No. 13143600
Federal ID No. 1395
2900 Woodridge, Suite 202
Houston, Texas 77087
Tel: (713) 645-7894
Fax: (713) 645-7777
Email: Lalis994@aol.com

**Attorney for Appellant**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

### I.

Petitioner files this Motion to Extend Time for Filing a Petition for Discretionary Review. Petitioner was found guilty of Barratry and Solicitation of Professional Employment in the County Court at Law No. 4 of Montgomery County, Texas.

### II.

The deadline for filing Petition for Discretionary Review is March 11, 2018, and Petitioner seeks a thirty (30) day extension.

### III.

Petitioner seeks an extension of time because Attorney needs more time to research and prepare the petition and seeks this continuance in the interest of justice and not because of undue delay.

### IV.

Petitioner files this motion to extend time to file a Petition for Discretionary Review from a decision rendered by the Court of Appeals for The Eighth District of Texas, No. 08-15-00372-CR; 08-15-00373-CR; 08-15-00374-CR; 08-15-00375-CR; 08-15-00376-CR on February 09, 2018.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By: _____
RALPH R. MARTINEZ
ATTORNEY AT LAW
2900 Woodridge Dr., Suite 202
Houston, Texas 77087
(713) 645-7894
(713) 645-7777 Fax

## CERTIFICATE OF CONFERENCE

I, RALPH R. MARTINEZ, certify that on March 05, 2018, my legal assistant conferred with the office of for The State of Texas, in reference to the disposition of this motion and he responded as follows:

**ATTORNEY**

BILL DELMORE
District Attorney's Office
207 W. Phillips, 2nd Floor
Conroe, Texas 77301
Tel:     (936) 539-7800
Fax:    (936) 760-6940

**RESPONSE**

*UNOPPOSED*

_____
RALPH R. MARTINEZ
ATTORNEY AT LAW

## CERTIFICATE OF SERVICE

I, RALPH R. MARTINEZ, hereby certify that on this 6th day of March, 2018, a true

and correct copy of the forgoing document was delivered to the following:

BILL DELMORE
District Attorney's Office
207 W. Phillips, 2nd Floor
Conroe, Texas 77301
Tel:  (936) 539-7800
Fax:  (936) 760-6940

*Via* Electronic Mail: Bill.Delmore@mctx.org


RALPH R. MARTINEZ
ATTORNEY AT LAW

## IN THE COURT OF CRIMINAL APPEALS
### AUSTIN, TEXAS

RONALD EUGENE REYNOLDS,
Appellant
§
§
§
§
v.
§    PDR NO._____
§
THE STATE OF TEXAS,
§
Appellee
§
§

### ORDER

On the _____ day of March, 2018 came on to be considered the *Unopposed*

*Motion for Extension of Time to File Appellant's Petition for Discretionary Review* in the above

styled and numbered cause, and said motion is hereby

GRANTED    DENIED

_____
JUDGE PRESIDING